# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-FLINT

IN RE:  James and Jennifer Paja            CHAPTER 13
                                                               CASE NO:     09-33314
                          **Debtor(s)**             /                   JUDGE: Daniel Opperman

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Sweeney Law Offices, PLLC**, attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to wit: **$3,500.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

Other:
- (x) As the mortgage payment is a direct pay, the automatic stay is hereby lifted as to MERS as Nominee for Lender w/ US BANK NA as servicer as to the property located at 3013 Stillriver Drive, Howell, Michigan.
- (xi) The automatic stay is lifted as to Ford Motor Credit as to the Mercury Mlian as the claim is being paid directly. Ford is not required to file an amended proof of claim in pursuant to LBR 4001-6.

APPROVED:

| /s/ Carl L. Bekofske | /s/ Jesse R. Sweeney | /s/ Fatima Siddique | /s/ Michael Hogan |
|---|---|---|---|
| Chapter 13 Trustee | Attorney for Debtor | Atty for MERS as Nominee for Lender | Atty for FMCC |
| 510 W. Court St. | 29777 Telegraph, Suite 2500 | w/ US BANK NA as servicer | 903 N. Opdyke Rd. Ste C |
| Flint MI 48503 | Southfield, MI 48034 | 31440 Northwestern Hwy Ste 200 | Auburn Hills Mi 48326 |
| (810) 238-4675 | 586.909.8017 | Farmington Hills, MI 48334 | (248) 377-0700 |
| ecf@flint13.com | sweeneylaw2005@yahoo.com | (248) 642-2515 | mhogan@kaalaw.com |
| P10645 | P number | EasternECF@trottlaw.com | P63074 |
| | | P70004 | |

Signed on September 03, 2009

                                                                     _/s/ Daniel S. Opperman_
                                                                      **Daniel S. Opperman**
                                                                     **United States Bankruptcy Judge**